

Wall Street Plaza
88 Pine Street, 28th Floor
New York, New York 10005
phone:  212-483-0105
fax: 212-480-3899
www.cmg.law

The application is DENIED.  The Clerk of Court is respectfully directed to close the motion at Docket No. 14.

Dated: September 22, 2021
New York, New York

PATRICK K. COUGHLIN, ESQ.
DIRECT DIAL: 973-631-6028
EMAIL:  pcoughlin@cmg.law

September 21, 2021

*LORNA G. SCHOFIELD*
UNITED STATES DISTRICT JUDGE

<u>Via ECF</u>
Hon. Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      **RE:** ***Travelers Property Casualty Company of America vs. Zurich American Insurance Company***, **Case No. 1:21-cv-05319-LGS**

Dear Judge Schofield:

      My firm represents Defendant Zurich American Insurance Company ("Zurich") in the above-referenced matter.  I write jointly on behalf of Zurich and Plaintiff Travelers Property Casualty Company of America ("Travelers") (together with Zurich, the "Parties") to request an adjournment of the Initial Pretrial Conference, currently scheduled for September 30, 2021, to October 20, 2021 or October 22, 2021, or to such other date thereafter as is convenient for the Court, with the joint letter and proposed case management plan and scheduling order to be submitted one week prior to the adjourned Initial Pretrial Conference.

      The reason for this request is that Zurich has not yet answered or otherwise responded to Travelers' Complaint.  Pursuant to the Court's Order dated September 8, 2021, the time for Zurich to answer or otherwise respond to the Complaint was extended to October 7, 2021, in order to permit my firm to resolve potential conflict issues.  *See* ECF Doc. No. 11.  I can now report that those issues have now been resolved and my firm will be proceeding with its representation of Zurich in this matter.  The Parties believe it will not be practicable to submit a joint letter and proposed case management plan and scheduling order, or to have a productive Initial Pretrial Conference, until Zurich files its response to the Complaint and issue is joined.

      This is the Parties' third request for the relief requested in this letter.  As described above, now that the potential conflict issues have been resolved, the Parties do not anticipate the need for a further extension of the Initial Status Conference beyond that requested herein, subject to the Court's schedule and availability of counsel.



Hon. Lorna G. Schofield, U.S.D.J.
September 21, 2021
Page 2

    We greatly appreciate Your Honor's time and consideration in this matter.

          Very truly yours,

          COUGHLIN MIDLIGE & GARLAND LLP

          */s/ Patrick K. Coughlin*

          Patrick K. Coughlin, Esq.

PKC

cc: ***Via ECF***

    Amy C. Gross, Esq.
*Reid & Associates*
P.O. Box 2996
Hartford, CT 06104-2996
acgross@travelers.com
(917) 778-6462
*Attorneys for Plaintiff Travelers Property
and Casualty Company of America*