UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA,
                            Plaintiff.         21 Civ. 5319 (LGS)

               -against-                   ORDER

ZURICH AMERICAN INSURANCE
COMPANY,
                         Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a pre-motion conference is scheduled in this action on June 15, 2022, at 4:30 p.m.  It is hereby

      **ORDERED** that the pre-motion conference scheduled for June 15, 2022, is **adjourned** to **July 6, 2022**, at **4:30 p.m.**, on the following conference line: 888-363-4749, access code: 558-3333.

Dated: June 2, 2022
       New York, New York

                                                    LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE