UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                     :
TRAVELERS PROPERTY CASUALTY    :
COMPANY OF AMERICA,                  :
                                  Plaintiff.     :     21 Civ. 5319 (LGS)
                                                     :
                  -against-                            :               <u>ORDER</u>
                                                     :
ZURICH AMERICAN INSURANCE       :
COMPANY,                                         :
                                         Defendant.    :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, a pre-motion conference is scheduled in this action on July 6, 2022, at 4:30 p.m.  It is hereby

        **ORDERED** that the pre-motion conference scheduled for July 6, 2022, at 4:30 p.m. is **adjourned** to **July 6, 2022**, at **4:20 p.m.**, on the following conference line: 888-363-4749, access code: 558-3333.

Dated: July 5, 2022
        New York, New York

                                                                             LORNA G. SCHOFIELD
                                                        UNITED STATES DISTRICT JUDGE