```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
TRAVELERS PROPERTY CASUALTY                                 :
COMPANY OF AMERICA,                                         :
                               Plaintiff.                   :   21 Civ. 5319 (LGS)
                                                            :
                -against-                                   :       ORDER
                                                            :
ZURICH AMERICAN INSURANCE                                   :
COMPANY,                                                    :
                               Defendant.                   :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a pre-motion conference was held on July 6, 2022. For the reasons discussed at the conference, it is hereby

**ORDERED** that by **August 31, 2022**, the parties shall file a joint letter regarding the status of settlement discussions and the underlying personal injury action, including a proposal on how this action should proceed.

Dated: July 7, 2022
New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE